**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HANES, KAREN A.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-30129 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:    THE HONORABLE JOHN SQUIRES
       BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 08/02/05. The Trustee was appointed on 08/02/05. An order for relief under Chapter 7 was entered on 08/02/05.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 8/25/07 is as follows:

       a. RECEIPTS (See Exhibit C)                                   $_____142,243.07

|   |   |   |
|---|---|---|
| b. DISBURSEMENTS (See Exhibit C) | $ | 123,050.51 |
| c. NET CASH available for distribution | $ | 19,192.56 |

d. TRUSTEE/PROFESSIONAL COSTS

|   |   |   |
|---|---|---|
| 1. Trustee compensation requested (See Exhibit E) | $ | 7,500.00 |
| 2. Trustee Expenses (See Exhibit E) | $ | 135.00 |
| 3. Compensation requested by attorney or other professionals for trustee (Exhibit F) | $ | 9,447.21 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5.    The Bar Date for filing unsecured claims expired on 01/30/06.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 12,445.04 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 17,082.21 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 20,118.34 |
| e. Allowed unsecured claims | $ | 5,867.04 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$9,447.21.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$17,082.21. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.    A fee of $1,700.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  <u>10/25/07</u>                             RESPECTFULLY SUBMITTED,


By:<u>/s/David Grochocinski</u>
    DAVID GROCHOCINSKI, TRUSTEE
    1900 RAVINIA PLACE
    ORLAND PARK, IL  60462
    Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Hanes, Karen

October 24, 2007

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Professional Services heading | | |
| | | **General administration** | | |
| 8/25/2005 | DEG | Receipt and review of motion to modify stay by Bank of NY<br>General administration | 0.70<br>350.00/hr | 245.00 |
| | DEG | Review petition, schedules and SOFA<br>General administration | 0.40<br>350.00/hr | 140.00 |
| 8/30/2005 | DEG | Continued 341 meeting to September 27, 2005<br>General administration | 0.40<br>350.00/hr | 140.00 |
| 9/2/2005 | DEG | Attend motion to modify stay; obtain effective date of 9/30/05<br>General administration | 0.40<br>350.00/hr | 140.00 |
| 9/27/2005 | DEG | Conduct 341 meeting and continued to 10/26/05<br>General administration | 0.50<br>350.00/hr | 175.00 |
| 9/30/2005 | DEG | Prepared application to employ counsel<br>General administration | 1.20<br>350.00/hr | 420.00 |
| | DEG | Prepared motion to vacate order of 9/8/05 as to Bank of NY and order<br>and extend stay<br>General administration | 1.50<br>350.00/hr | 525.00 |
| 10/12/2005 | DEG | Letter to Bode with copy of order on auto stay and directions to sell<br>property<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 10/13/2005 | DEG | Order tract search on real estate property<br>General administration | 0.30<br>350.00/hr | 105.00 |
| | DEG | Review fax of tract search<br>General administration | 1.00<br>350.00/hr | 350.00 |
| | DEG | Prepared letter and notice of interest in real estate and send to recorder<br>of deeds<br>General administration | 1.20<br>350.00/hr | 420.00 |

Hanes, Karen

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/17/2005 | DEG | Review listing agreement from Bode, make changes and draft and send rider to listing agreement<br>General administration | 1.80<br>350.00/hr | 630.00 |
| 10/18/2005 | DEG | Facsimile letter to Harriet with declaration<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 11/2/2005 | DEG | Amend declaration and send to Harriet for signing<br>General administration | 0.40<br>350.00/hr | 140.00 |
| 12/20/2005 | DEG | Letter to Bode regarding stay to modify on 12/30<br>General administration | 0.20<br>350.00/hr | 70.00 |
| 1/17/2006 | DEG | Contract from Bode regarding sale of property; review same and TC with Bode regarding viability<br>General administration | 1.30<br>350.00/hr | 455.00 |
| 1/20/2006 | DEG | Review amended contract from buyers<br>General administration | 0.80<br>350.00/hr | 280.00 |
| | DEG | Prepared rider to contract and send to Bode for review with buyers<br>General administration | 0.70<br>350.00/hr | 245.00 |
| 1/21/2006 | DEG | Note to Bode that Harry Hanes need to sign as well<br>General administration | 0.60<br>350.00/hr | 210.00 |
| 1/23/2006 | DEG | Letter to Bode to discuss sale and lines with attorney for debtor and Harry Hanes<br>General administration | 0.80<br>350.00/hr | 280.00 |
| | DEG | Draft amended rider to include Harry Hanes, amend real estate contract and the fax to broker; recalculate estates interest if sold at $142,000.<br>General administration | 1.20<br>350.00/hr | 420.00 |
| 1/30/2006 | DEG | Review docket and send e-mail to attorney for Alexian Bros. Hospital regarding judgment lien payoff<br>General administration | 0.30<br>350.00/hr | 105.00 |
| | DEG | Telephone conference with broker regarding execution of contract and estimated payoff on liens and IRS<br>General administration | 0.30<br>350.00/hr | 105.00 |
| | DEG | Review claims document<br>General administration | 0.60<br>350.00/hr | 210.00 |
| 2/6/2006 | DEG | Review new lien orders from CT&T; review liens and calculate payoffs<br>General administration | 1.70<br>350.00/hr | 595.00 |
| 2/8/2006 | DEG | Amended contract<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 3/25/2006 | DEG | Review closing documents, adjusted title and prepared closing statement; sign documents<br>General administration | 2.40<br>350.00/hr | 840.00 |
| 3/29/2006 | DEG | Open account and deposit closing funds<br>General administration | 0.70<br>350.00/hr | 245.00 |
| 5/8/2006 | DEG | Review of liens and initial review of 724 regarding tax liens<br>General administration | 2.60<br>350.00/hr | 910.00 |
| 4/18/2007 | DEG | Review file, claims, orders and liens regarding nature extent and priority of lien<br>General administration | 2.70<br>350.00/hr | 945.00 |
| 10/22/2007 | DEG | Prepared final report<br>General administration | 3.50<br>350.00/hr | 1,225.00 |

Hanes, Karen

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/2007 DEG | Review of returns and preparation of prompt determination letters to IRS and IDR | | 1.50 | 525.00 |
| | General administration | | 350.00/hr | |
| | SUBTOTAL: | [ | 32.60 | 11,410.00] |
| | For professional services rendered | | 32.60 | $11,410.00 |

## TRUSTEE COSTS

1)  **Tract Searches**                                    $ 95.00

2)  **Recorder of Deeds**                                 <u>40.00</u>


**TOTAL COSTS**                                           $ <u>135.00</u>

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                           $            142,243.07

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                      $                  550.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                            $               10,600.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

**Form 1**

Page: 1

**Individual Estate Property Record and Report**

**Asset Cases**

**Case Number:** 05B-30129 JS

**Case Name:** HANES, KAREN A.

**Period Ending:** 10/24/07

**Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE

**Filed (f) or Converted (c):** 08/02/05 (f)

**§341(a) Meeting Date:** 08/30/05

**Claims Bar Date:** 01/30/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 27 W 147 COOLEY LANE, WINFIELD, IL | 155,000.00 | 52,500.00 | | 142,000.00 | FA |
| 2 | ITASCA BANK | 200.00 | 0.00 | | 0.00 | FA |
| 3 | TWO BEDROOMS, LIVING ROOM ETC. | 1,250.00 | 0.00 | | 0.00 | FA |
| 4 | PERSONAL CLOTHING | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1996 FORD RANGER | 900.00 | 0.00 | | 0.00 | FA |
| 6 | 1 NIKON, 2 CANON CAMERAS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 243.07 | Unknown |
| **7** | **Assets**        **Totals** (Excluding unknown values) | **$158,650.00** | **$52,500.00** | | **$142,243.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

REVIEWING TURNOVER OF FUNDS AND EXEMPTIONS; REVIEW OF TAX RETURNS OF DEBTORS REGARDING REFUND
PENDING SALE OF REAL ESTATE; NEGOTIATON OF CONTRACT FOR SALE; CALCULATION OF DISTRIBUTION IN LIGHT OF LAREDO PENDING; TAX
RETURNS PENDING

**Initial Projected Date Of Final Report (TFR):** December 31, 2006        **Current Projected Date Of Final Report (TFR):** December 30, 2007

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-30129 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | HANES, KAREN A. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****51-65 - Money Market Account |
| Taxpayer ID #: | 13-7508339 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/24/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/06 | | CHICAGO TITLE & TRUST COMPANY | SALE PROCEEDS | | 22,292.79 | | 22,292.79 |
| | {1} | | 142,000.00 | 1110-000 | | | 22,292.79 |
| | | COUNTRYWIDE HOME LOANS | MORTGAGE PAYOFF  -85,720.13 | 4110-000 | | | 22,292.79 |
| | | HARRY HANES | HARRY HANES   1/2  -22,192.80 OWNER PORTION OF PROCEEDS | 8500-002 | | | 22,292.79 |
| | | HARRIET BODE | EXPENSES REIMBURSED  -100.00 | 3520-000 | | | 22,292.79 |
| | | DUPAGE COUNTY TREASURER | COUNTY TAXES  -587.38 | 2820-000 | | | 22,292.79 |
| | | DUPAGE COUNTY TREASURER | 2005 REAL ESTATE TAXES  -2,493.90 | 2820-000 | | | 22,292.79 |
| | | KOENIG & STREY | COMMISSIONS  -3,675.00 | 3510-000 | | | 22,292.79 |
| | | HOMETOWN REALTY AND MGMT INC. | COMMISSIONS  -3,425.00 | 3510-000 | | | 22,292.79 |
| | | CHICAGO TITLE | TITLE INSURANCE  -945.00 | 2500-000 | | | 22,292.79 |
| | | CHICAGO TITLE | TITLE EXAMINATION  -65.00 | 2500-000 | | | 22,292.79 |
| | | CHICAGO TITLE | OVERNIGHT DELIVERY FEE  -15.00 | 2500-000 | | | 22,292.79 |
| | | DUPAGE COUNTY TREASURER | STATE & COUNTY TAXES  -213.00 | 2820-000 | | | 22,292.79 |
| | | ASSOCIATED SURVEY | SURVEY  -275.00 | 2500-000 | | | 22,292.79 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.43 | | 22,293.22 |
| 04/18/06 | 1001 | VILLAGE OF WINFIELD | FINAL WATER BILL | 2500-000 | | 73.79 | 22,219.43 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.10 | | 22,233.53 |

| | Subtotals : | $22,307.32 | $73.79 |
|---|---|---|---|

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-30129 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | HANES, KAREN A. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****51-65 - Money Market Account |
| Taxpayer ID #: | 13-7508339 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/24/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 15.11 | | 22,248.64 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 14.63 | | 22,263.27 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 15.13 | | 22,278.40 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 15.14 | | 22,293.54 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 14.16 | | 22,307.70 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 15.64 | | 22,323.34 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 14.67 | | 22,338.01 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 14.19 | | 22,352.20 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 14.90 | | 22,367.10 |
| 02/12/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-30129, BOND#  016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 19.51 | 22,347.59 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.14 | | 22,358.73 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.93 | | 22,370.66 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.34 | | 22,383.00 |
| 05/03/07 | 1003 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | 250.00 | 22,133.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.23 | | 22,145.23 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.43 | | 22,156.66 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.62 | | 22,169.28 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.23 | | 22,181.51 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.05 | | 22,192.56 |
| 10/02/07 | 1004 | ALEXIAN BROTHERS MEDICAL CENTER, INC. | SUPERIOR LIEN AS TO PROCEEDS FROM SALE OF DEBTORS RESIDENCE PER | 4110-000 | | 3,000.00 | 19,192.56 |
| | | | Subtotals : | | $228.54 | $3,269.51 | |

{} Asset reference(s)

Printed: 10/24/2007 10:58 AM      V.9.55

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 05B-30129 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | HANES, KAREN A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****51-65 - Money Market Account |
| Taxpayer ID #: | 13-7508339 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/24/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ORDER OF 9/14/07 | | | | |
| | | | **ACCOUNT TOTALS** | | 22,535.86 | 3,343.30 | $19,192.56 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,535.86 | 3,343.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $22,535.86 | $3,343.30 | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-30129 JS |
| **Case Name:** | HANES, KAREN A. |
| | |
| **Taxpayer ID #:** | 13-7508339 |
| **Period Ending:** | 10/24/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****51-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 22,535.86 |
| Plus Gross Adjustments : | 119,707.21 |
| Less Other Noncompensable Items : | 22,192.80 |
| Net Estate : | $120,050.27 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****51-65** | 22,535.86 | 3,343.30 | 19,192.56 |
| **Checking # ***-*****51-66** | 0.00 | 0.00 | 0.00 |
| | $22,535.86 | $3,343.30 | $19,192.56 |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HANES, KAREN A. | CHAPTER 7 CASE |
| | CASE NO. 05B-30129 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

## PROPOSED DISTRIBUTION REPORT

I, <u>DAVID GROCHOCINSKI, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 17,082.21 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 2,110.35 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 19,192.56 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 17,082.21 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,215.00 | 1,215.00 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 8,000.00 | 8,000.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 232.21 | 232.21 |
| ADMIN4 | DAVID GROCHOCINSKI, TRUSTEE | 135.00 | 135.00 |
| ADMIN5 | DAVID GROCHOCINSKI, TRUSTEE | 7,500.00 | 7,500.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

| | | |
|---|---|---|
| TOTAL | $ | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL    $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL    $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL    $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL    $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|

|  |  | TOTAL |  |
|---|---|---|---|
|  |  | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $   12,445.04 | 16.96% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 003 | DEPT. OF THE TREASURY - IRS | 12,004.26 | 1,669.57 |
| 004 | ILLINOIS DEPT. OF REVENUE | 440.78 | 440.78 |
|  | | TOTAL        $ | 2,110.35 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $   20,118.34 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 003 | DEPT. OF THE TREASURY - IRS | 19,729.80 | 0.00 |
| 004 | ILLINOIS DEPT. OF REVENUE | 388.54 | 0.00 |
|  | | TOTAL        $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  | | TOTAL        $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $   5,182.93 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | ASSET ACCEPTANCE LLC | 101.92 | 0.00 |
| 002 | RMI/MCSI | 90.00 | 0.00 |
| 003 | DEPT. OF THE TREASURY - IRS | 4,907.81 | 0.00 |
| 004 | ILLINOIS DEPT. OF REVENUE | 83.20 | 0.00 |
|  | | TOTAL        $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $       0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL      $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $     684.11 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 005 | ECAST SETTLEMENT CORP. | 684.11 | 0.00 |
| | | TOTAL      $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $       0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL      $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $       0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL      $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $       0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL      $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| | | | | **DISALLOWED** |
|---|---|---|---|---|
| **TYPE OF** | **CLAIM** | | **AMOUNT** | **/WITHDRAWN** |
| **CLAIM** | **NUMBER** | **CREDITOR AND ADDRESS** | **OF CLAIM** | **(DESIGNATE)** |

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____    _____

                                           DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 8,000.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 232.21 | |
|  | | | 8,232.21 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,215.00 | |
|  | | | 1,215.00 |
| **Attorney for Debtor** | | | |
|  | | | 0.00 |
| **Other Professionals** | | | |
|  | | | 0.00 |
| TOTALS | $        0.00 | $      9,447.21 | $      9,447.21 |