**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HANES, KAREN A.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-30129 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DUPAGE COUNTY COURTHOUSE
    505 N COUNTY FARM ROAD, ROOM 2000
    WHEATON, ILLINOIS 60187

    on: **DECEMBER 21, 2007**
    at: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $          142,243.07

    b. Disbursements                         $          123,050.51

    c. Net Cash Available for Distribution   $           19,192.56

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,215.00 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $8,000.00 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $232.21 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $135.00 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $7,500.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured and priority claims totaling $32,563.38 must be paid in full for there to be any dividend to general unsecured creditors. The secured dividend is anticipated to be 16.95%. The priority dividend is anticipated to be 0%.

Allowed secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 003 | DEPT OF THE TREASURY | $12,004.26 | $1,669.57 |
| 004 | ILLINOIS DEPT. OF REVENUE | $440.78 | $440.78 |

7. Claims of general unsecured creditors totaling $5,182.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | ASSET ACCEPTANCE LLC | $ 101.92 | $ 0.00 |
| 002 | RMI/MCSI | $ 90.00 | $ 0.00 |
| 003 | DEPT. OF THE TREASURY - IRS | $ 4,907.81 | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 004 | ILLINOIS DEPT. OF REVENUE | $ | 83.20 | $ 0.00 |
| 005 | ECAST SETTLEMENT CORP. | $ | 684.11 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, cameras and clothing.

Dated November 16, : 2007

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0129   Doc 50   Filed 11/16/07   Entered 11/18/07 23:43:50   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2             Date Rcvd: Nov 16, 2007
Case: 05-30129                 Form ID: pdf002              Total Served: 34

The following entities were served by first class mail on Nov 18, 2007.
db           +Karen A Hanes,    27 W 147 Cooley,    Winfield, IL 60190-1367
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Michael J Davis,    Springer, Brown, Covey, Gaertner, &Davis,     400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
9639357      +Alexian Bros.,    800 Biesterfield,    Elk Grove Village, IL 60007-3396
9639359      +Armor Systems Co,    2322 N Greenbay Rd,    Waukegan, IL 60087-4209
9639360      +Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
10473580     +Asset Acceptance LLC,    assignee&#092; Blair Credit Services,    PO Box 2036,
               Warren, MI 48090-2036
9639361      +Blair Corporation,    220 Hickory St,    Warren, PA 16366-0001
9639362      +Bur Col Reco,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
9639363      +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
9639365      +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
9639366      +Capital One Fsb,    Po Box 26625,    Richmond, VA 23261-6625
9639367      +Central DuPage Hospital,    25 North Winfield Road,    Winfield, IL 60190-1295
9639368      +Chase/Cc,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5841
9639369      +Check Recovery Systems,    425 W Kelso St,    Inglewood, CA 90301-2539
9639370      +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
9639371      +Elk Grove Radiology,    Chicago, IL 60677-0001
9639373       First National,    P.O. 42849,    Austin, TX 78704
9639377     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9639375      +Illinois Department of Revenue,    Bankruptcy Section,    100 W. Randolph Street,
               Chicago, IL 60601-3218
9639376      +Illionois Title Loans,    205 E. St. Charles Rd.,    Villa Park, IL 60181-2419
9639378      +Itasca Bank & Trust Co,    308 W Irving Park Rd,    Itasca, IL 60143-2193
9639379      +MEAA Elk grove,    900 Oakmont,    Westmont, IL 60559-5530
9639380      +Medical Collections Sy,    725 S. Wells Ave Ste 700,    Chicago, IL 60607-4578
9639381      +Mrsi,    2200 E Devon Ave Ste 288,    Des Plaines, IL 60018-4501
9639382      +OAD Orthopedics,    P.O. 4653,    Dept. 4025,    Hinsdale, IL 60522-4653
9639383      +Providian Financial,    Po Box 9180,    Pleasanton, CA 94566-9180
9639385      +Quest Diagnostics,    c/o American Medical Collection,    2269 S. Saw Mill River Rd.,
               Elmsford, NY 10523-3832
9639386      +Rmi/Mcsi,    18241 West Street,    Lansing, IL 60438-3200
9639387      +Schreiber & Associates,    65 Flagship Dr,    North Andover, MA 01845-6103
9639374       eCAST Settlement Corporation,    assignee of HSBC Bank Nevada NA,    HSBC Card Services III,
               POB 35480,    Newark, NJ 07193-5480
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9639372       Excalibur II LLC
9639358*     +Alexian Bros.,    800 Biesterfield,    Elk Grove Village, IL 60007-3396
9639364*     +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
9639384*     +Providian Financial,    Po Box 9180,    Pleasanton, CA 94566-9180
                                                                                               TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1              User: amcc7               Page 2 of 2                Date Rcvd: Nov 16, 2007
Case: 05-30129                    Form ID: pdf002           Total Served: 34
```

                ***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 18, 2007**                          **Signature:**    _Joseph Speetjens_